**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**German Lopez SALINAS, Defendant—
Appellant.**

**No. 02–50332.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 17, 2003.

Lisa B. Lench, Esq., Ronald L. Cheng, Esq., USLA—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

German Lopez Salinas, San Bernardino, CA, pro se.

Phillip A. Trevino, Esq., Los Angeles, CA, for Defendant–Appellant.

Before: KOZINSKI, SILVERMAN, and TALLMAN, Circuit Judges.

MEMORANDUM **

German Lopez Salinas appeals his guilty-plea conviction and 120–month sentence for conspiracy to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 846.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Salinas has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Salinas has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.